Donna Woo (State Bar No. 312876)
dwoo@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:   +1.949.851.3939
Facsimile:    +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIAS ORTIZ, | Case No. 5:17-cv-01821-BLF |
| Plaintiff, | Hon. Beth Labson Freeman |
| v. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;** [PROPOSED] **ORDER** |
| Experian Information Solutions, Inc.; Statewide Credit and Collection Bureau, Inc. and DOES 1 through 100 inclusive, | |
| Defendants. | Complaint filed:  March 31, 2017 |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between Plaintiff Elias Ortiz, Defendant Experian Information Solutions, Inc., and Defendant Statewide Credit and Collection Bureau, Inc. (collectively, the "Parties"), that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and that each party shall bear its own attorneys' fees and costs.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: November 12, 2018 | Sagaria Law, P.C. |
| 2 | | |
| 3 | | By: */s/ Joseph B. Angelo* |
| 4 | | Joseph B. Angelo |
| 5 | | Attorneys for Plaintiff<br>Elias Ortiz |
| 6 | Dated: November 12, 2018 | Jones Day |
| 7 | | |
| 8 | | By: */s/ Donna Woo* |
| 9 | | Donna Woo |
| 10 | | Attorneys for Defendant<br>Experian Information Solutions, Inc. |
| 11 | Dated: November 12, 2018 | Ellis Law Group, LLP |
| 12 | | |
| 13 | | By: */s/ Mark E. Ellis* |
| 14 | | Mark E. Ellis |
| 15 | | Attorneys for Defendant<br>Statewide Credit and Collection Bureau, Inc. |

I, Donna Woo, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joseph B. Angelo and Mark E. Ellis have concurred in this filing.

*/s/ Donna Woo*

### ~~[PROPOSED]~~ ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____                    _____
                                          BETH LABSON FREEMAN
                                          UNITED STATES DISTRICT JUDGE