1 | Elliot Gale (State Bar No. 263326)
  | egale@sagarialaw.com
2 | Joe Angelo (State Bar No. 268542)
  | jangelo@sagarialaw.com
3 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste. 200
4 | Roseville, California 95661
  | Telephone: (408) 279-2288
5 | Facsimile: (408) 279-2299

6 | Attorneys for Plaintiff
  | Elias Ortiz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| ELIAS ORTIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>STATEWIDE CREDIT AND COLLECTION BUREAU; et. al.,<br><br>    Defendants. | Federal Case No.: 5:17-cv-01821-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT STATEWIDE CREDIT AND COLLECTION BUREAU; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Elias Ortiz and defendant Statewide Credit and Collection Bureau ("Statewide"), that Statewide be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

DATED: December 7, 2018         Sagaria Law, P.C.

                                By:  _____/s/ Elliot W. Gale_____
                                         Elliot W. Gale
                                Attorneys for Plaintiff
                                Elias Ortiz


DATED: December 7, 2018         **ELLIS LAW GROUP**

                                By:  _____/s/ Lawrence Iglesias_____
                                         Lawrence Iglesias
                                Attorneys for Defendant
                                Statewide Credit and Collection Bureau

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Lawrence Iglesias has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Statewide is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:_____          _____
                               BETH L. FREEMAN
                               UNITED STATES DISTRICT JUDGE