1 | Elliot Gale (State Bar No. 263326)
  | egale@sagarialaw.com
2 | Joe Angelo (State Bar No. 268542)
  | jangelo@sagarialaw.com
3 | SAGARIA LAW, P.C.
  | 3017 Douglas Blvd., Ste. 200
4 | Roseville, California 95661
  | Telephone: (408) 279-2288
5 | Facsimile: (408) 279-2299

6 | Attorneys for Plaintiff
  | Elias Ortiz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| ELIAS ORTIZ, | Federal Case No.: 5:17-cv-01821-BLF |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT STATEWIDE CREDIT AND COLLECTION BUREAU;** [PROPOSED] **ORDER** |
| STATEWIDE CREDIT AND COLLECTION BUREAU; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Elias Ortiz and defendant Statewide Credit and Collection Bureau ("Statewide"), that Statewide be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

1  DATED: December 7, 2018        Sagaria Law, P.C.

2                                 By: _____/s/ Elliot W. Gale_____
3                                         Elliot W. Gale
                                   Attorneys for Plaintiff
4                                  Elias Ortiz

5

6

7  DATED: December 7, 2018        **ELLIS LAW GROUP**

8
                                   By: _____/s/ Lawrence Iglesias_____
9                                  Lawrence Iglesias
                                   Attorneys for Defendant
10                                 Statewide Credit and Collection Bureau

11

12

13  I, Elliot Gale, am the ECF user whose identification and password are being used to file this
14  Stipulation. I hereby attest that Lawrence Iglesias has concurred in this filing.
15  /s/ Elliot Gale

16

17                              [PROPOSED] ORDER

18       Pursuant to the stipulation of the Parties, Statewide is dismissed with prejudice, and that
19  each party shall bear its own attorneys' fees and costs.
20       IT IS SO ORDERED.

21

22  DATED: _____            _____
                                       BETH L. FREEMAN
23                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT; [PROPOSED] ORDER